■ In the Matter of the Claim of ARTHUR BOGERT, Respondent, v SEPTEMBER 23 RALLY COMMITTEE et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. — Appeal from a decision of the Workers' Compensation Board, filed May 20, 1982, which held that an employer-employee relationship existed and awarded benefits. Decision affirmed, with costs to the Workers' Compensation Board (*Matter of Miller v Chautauqua County Agric. Corp.,* 279 App Div 1126, mot for lv to app den 304 NY 988; cf. *Matter of Glamm v City of Amsterdam, Amsterdam Fire Dept.,* 54 AD2d 996, affd 42 NY2d 1026). Mahoney, P. J., Sweeney, Kane, Casey and Levine, JJ., concur.